大成 DENTONS

Maria C. Mannarino
Managing Associate

maria.mannarino@dentons.com
D  +1 212-768-5311

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 3, 2021

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Young v. Sanders Candy, LLC*, Case No. 1:21-cv-05121-PAE-RWL

Dear Judge Lehrburger:

We represent defendant Sanders Candy, LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Lawrence Young, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 3, 2021 to October 18, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Maria C. Mannarino*
Maria C. Mannarino

cc:   All counsel of record (by ECF)

SO ORDERED:

9/3/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2021

Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► Larraín Rencoret ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_Active\118891343\V-1